# Court of Appeals
# of the State of Georgia

ATLANTA,  March 12, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1491. MARILYN E. GOODRICH v. ELLEN S. GOODRICH.**

Marilyn E. Goodrich filed suit against Ellen S. Goodrich in Cobb County State Court. On December 6, 2018, the trial court entered an order transferring venue to Baldwin County. The order provided that, if transfer costs were not paid within two weeks, the case would stand dismissed. On January 15, 2019, Marilyn Goodrich filed a notice of appeal purporting to challenge a December 26, 2019 dismissal. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order on appeal.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Marilyn Goodrich filed her notice of appeal 40 days after entry of the order she seeks to appeal.

Furthermore, it is well-settled that a court order transferring a case from one trial court to another is not a final judgment, as the case remains pending below, albeit in a different court.[1] See *In the Interest of W. L.*, 335 Ga. App. 561, 563 (782 SE2d 464) (2016); *Griffith v. Georgia Bd. of Dentistry*, 175 Ga. App. 533 (333 SE2d 647) (1985). Therefore, to appeal the transfer order, Marilyn Goodrich was required

---

[1] In construing orders, substance controls. See *Forest City Gun Club v. Chatham County*, 280 Ga. App. 219, 220 (633 SE2d 623) (2006). Although Marilyn Goodrich suggests the court's order constitutes a dismissal order, it is properly construed as a transfer order.

to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court and filing an appropriate application to this Court. *Griffith*, supra; see also *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 161 (701 SE2d 599) (2010). Because Marilyn Goodrich failed to do so, her appeal is premature.[2]

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/12/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[2] Marilyn Goodrich has had a prior direct appeal in a separate action dismissed on this exact basis. See *Goodrich v. Goodrich*, Case No. A18A1145, dismissed February 28, 2018.